*Motion (DE #1211) GRANTED*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   3:11-cr-00083 |
| v. ) | |
| ) | Judge Trauger |
| [2] MARIO GONZALEZ ) | |
| ) | |
| [8] LIZANDRO BARRIOS ) | |

**MOTION TO DISMISS**

The United States of America, by and through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby moves to dismiss this case with prejudice against defendants Gonzalez and Barrios.

This case was indicted in 2011. The defendants have not been arrested. The United States does not have any information on their location, does not expect they will be arrested in the near future, and would face challenges in prosecuting these defendants at trial due to the lapse in time since indictment. Given those circumstances, the United States hereby moves to dismiss this case as to these two defendants with prejudice.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

 /s Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870